UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-12430-HDV-MAA | Date | August 29, 2026 |
| Title | *Adriano Goldschmied, LLC v. Set Active LLC* | | |

| | |
|---|---|
| Present: The Honorable | Hernán D. Vera, United States District Judge |

| | |
|---|---|
| Daniel Torrez | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE [JS-6]**

The Court has received and reviewed the Parties' Joint Notice of Settlement [Dkt. 45]. Based on this submission, all hearing dates and deadlines are vacated, and the case is dismissed. The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into by the Parties.

**IT IS SO ORDERED.**